UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR JOE,

            Petitioner,

   v.

CITY OF SEATTLE,

           Respondent.

Case No. 2:18-cv-1742 RAJ

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. The matter is dismissed without prejudice.
3. The Clerk shall provide a copy of this Order to petitioner.

DATED this 22nd day of February, 2019.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1